UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAMES W. GILLIAM,

                                  **ORDER**

                 Plaintiff,

v.                                     23-CV-05201 (PMH)

NEW YORK STATE BOARD OF LAW
EXAMINERS, et al.,

                 Defendants.
-----------------------------------------------------------X

      Plaintiff, who is proceeding *pro se*, commenced this action on June 18, 2023. (Doc. 1). Defendants' request for permission to move to dismiss Plaintiff's Complaint was granted on September 25, 2023 and the Court entered a briefing schedule. (Doc. 14). On September 22, 2023, prior to the filing of a motion to dismiss, Plaintiff filed a "Notice of Plaintiff's Motion Opposition Defendants' Pre-Trial Motion for Dismissal." (Doc. 13). Defendants filed their motion to dismiss on October 27, 2023. (Doc. 16). That same day, Plaintiff filed a document entitled "Addendum (Appendix) to Plaintiff's Memorandum of Law in Support of his Motion Opposing Defendants' Motion for Dismissal." (Doc. 15). Although filed on the same day, Plaintiff's addendum was filed earlier in the day and thus not specifically responsive to Defendants' motion.

      Pursuant to the briefing schedule set by the Court, Plaintiff's opposition was due by December 1, 2023. (*See* Doc. 14). To date, Plaintiff has not filed an opposition to the motion or sought an extension of time to file an opposition brief.

      Given Plaintiff's *pro se* status, the Court *sua sponte* extends plaintiff's time to oppose the motion to dismiss until January 5, 2024. Defendants' reply, if any, is due January 19, 2024.

      **If plaintiff fails to file his opposition by January 5, 2024, the motion will be deemed fully submitted and unopposed.  No further extensions of time will be granted.**


Dated:  White Plains, New York
          December 15, 2023

                                              SO ORDERED:

                                              _____
                                              Philip M. Halpern
                                              United States District Judge