**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JAMES W. GILLIAM,

                        Plaintiff,

    -against-                                    23 **CIVIL** 5201 (PMH)

                                                      **JUDGMENT**

NEW YORK STATE BOARD OF LAW
EXAMINERS and CARMEN BEAUCHAMP
CIPARICK,

                      Defendants.
------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 19, 2024, the Court has GRANTED Defendants' motion to dismiss under Federal Rule of Civil Procedure 12(b)(1) and the Complaint is dismissed with prejudice.

**Dated:** New York, New York

      September 24, 2024

                                                        **DANIEL ORTIZ**
                                                   **Acting Clerk of Court**

                          **BY:**      *K. Mango*

                                                   **Deputy Clerk**